AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

SAMSUNG CELLULAR TELEPHONE LOCATED AT JEFFERSON COUNTY KANSAS SHERIFF'S OFFICE; See Attach A.

) ) ) ) ) )

Case No. 21-mj-5001-ADM

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the _____ District of _____Kansas_____, there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire Fraud |
| 18 U.S.C. 1040 | Fraud in Connection with Major Disaster or Emergency Benefits |

The application is based on these facts:
See Accompanying Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of \_\_\_\_\_ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kevin Lee Mills, SA FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means).*

Date: 1/7/2021

*Judge's signature*

City and state: Topeka, Kansas

Angel D. Mitchell, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

The property to be searched is a Samsung cellular telephone, model number SM-G960U, Serial Number 4a51485531453498, hereinafter referred to as, "The Device." The Device is currently located in evidence at the Jefferson County Sheriff's Office, 1360 Walnut Street, Oskaloosa, Kansas 66066.

This warrant authorizes the forensic examination of The Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records on the Device described in Attachment A that relate to violations of 18 U.S.C. §§ 1343, and involve Terie Lee Elkins and an Unidentified Subject known as, "Dennis", including:

   a. All records on The Device described in Attachment A that relate to violations of 18 U.S.C. § 1343 [Wire Fraud], and involve since the date and time that Terie Lee Elkins acquired/or had access to The Device, including:

      1. Lists of contacts and subsequent identifying information;
      2. Photographs relating to, United States Currency, shipping labels and receipts;
      3. Any information related to co-conspirators (including names, addresses, telephone numbers, or any other identifying information);
      4. Any and all communication in the furtherance of the fraud scheme including internet messages and text messages;
      5. All bank records, checks, credit card bills, account information, and other financial records stored on The Device.
      6. Any and ALL communications received and outgoing involving "Dennis" and/or additional co-conspirators.

   b. Evidence of user attribution showing who used or owned The Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.